# Court of Appeals
# of the State of Georgia

ATLANTA,  December 07, 2023

*The Court of Appeals hereby passes the following order:*

## A24E0036. MARCUS IVEY v. STATE OF GEORGIA.

Marvis McDaniel Ivey, a non-attorney purporting to act as next friend of Marcus Ivey, has filed a motion pursuant to Court of Appeals Rule 40 (c) seeking a writ of mandamus directing the clerk of the DeKalb County Superior Court to file a September 21, 2023 notice of appeal on behalf of Marcus Ivey.[1] The motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office,*
*Atlanta,  12/07/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ *, Clerk.*

---

[1] We note that "[n]atural persons with no license to practice law are not permitted to act as 'attorneys' and represent other natural persons in their legal affairs." *Eckles v. Atlanta Tech. Group*, 267 Ga. 801, 804-805 (2) (485 SE2d 22) (1997).